UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

SARAH M. SIMON,

      Plaintiff,

    v.                                  Case No. 18-cv-909

COOPERATIVE EDUCATIONAL
SERVICE AGENCY #5.

      Defendant.

## NOTICE OF APPEAL

NOTICE IS HEREBY given that the Defendant in the above-named case, Cooperative Educational Service Agency #5, appeals to the United States Court of Appeals for the Seventh Circuit from the Ordered entered in this action on May 21, 2021 [ECF 63]. The issues on which Defendant appeals include but are not limited to those raised by the District Court's May 21, 2021 Opinion and Order which granted Plaintiff's request for declaratory judgment and permitted Plaintiff to seek attorney's fees.

Dated this 21st day of June, 2021.

Respectfully submitted:

Kopka Pinkus Dolin PC
Attorneys for Defendant

By:    /s/ Ronald S. Stadler
       Ronald S. Stadler
       State Bar No. 1017450
       Jonathan E. Sacks
       State Bar No. 1103204

N19W24200 Riverwood Drive, Suite 14
Waukesha, WI 53188
telephone: 414-251-0316
facsimile: 219-794-1982
e-mail: rsstadler@kopkalaw.com
       jesacks@kopkalaw.com