UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

SARAH M. SIMON,

      Plaintiff,

v.                                                Case No. 18-cv-909

COOPERATIVE EDUCATIONAL
SERVICE AGENCY #5.

      Defendant.

**NOTICE OF APPEAL**

NOTICE IS HEREBY given that the defendant in the above-named case, Cooperative Educational Service Agency #5, appeals to the United States Court of Appeals for the Seventh Circuit from the Order entered in this action on December 17, 2021 [ECF 85]. The issues on which defendant appeals include but are not limited to those raised by the District Court's December 17, 2021 Opinion and Order which granted plaintiff's motion for attorney fees, costs, and expenses.

Dated this 22nd  Day of December, 2021.

                                           KOPKA PINKUS DOLIN PC
                                         Attorneys for Defendants

                             By:    <u>/s/ Ronald S. Stadler</u>
                                         Ronald S. Stadler
                                         State Bar No. 1017450
                                         Jonathan E. Sacks
                                         State Bar No. 1103204

N19W24200 Riverwood Dr, Suite 140
Waukesha, WI 53188-1191
telephone: 847-549-9611
facsimile: 847-549-9636
e-mail: rsstadler@kopkalaw.com
        jesacks@kopkalaw.com