UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

SARAH M. SIMON,

    Plaintiff,

v.                                                           Case No. 18-cv-909

COOPERATIVE EDUCATIONAL
SERVICE AGENCY #5.

    Defendant.

---

## AMENDED NOTICE OF APPEAL

AMENDED NOTICE IS HEREBY given that the defendant in the above-named case, Cooperative Educational Service Agency #5, appeals to the United States Court of Appeals for the Seventh Circuit from the Judgement entered in this action on December 23, 2021 [ECF 89]. The issues on which defendant appeals include but are not limited to those raised by the District Court's December 17, 2021 Opinion and Order [ECF 85] which granted plaintiff's motion for attorney's fees, costs, and expenses as well as the underlying Opinion and Order dated May 21, 2021 [ECF 63] on the merits granting a declaratory judgment and allowing Plaintiff to move for attorney's fees.

Dated this 7th Day of January, 2022.

                                                          KOPKA PINKUS DOLAN PC
                                                          Attorneys for Defendants

                                                          By:     /s/ Ronald S. Stadler
                                                                        Ronald S. Stadler
                                                                        State Bar No. 1017450
                                                                        Jonathan E. Sacks
                                                                        State Bar No. 1103204

N19W24200 Riverwood Dr, Suite 140
Waukesha, WI 53188-1191
telephone: 847-549-9611
facsimile: 847-549-9636
e-mail: rsstadler@kopkalaw.com
            jesacks@kopkalaw.com